THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL H. KAUFFMAN, Appellant.

(Argued October 5, 1932; decided October 24, 1933.)

*H. H. Cohen* for appellant.
*Ray F. Fowler, District Attorney* (*Basil E. Moore* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.